UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **KEVIN LAMONT LOGAN #581798** | **CIVIL ACTION NO. 19-cv-0075-P** |
| **VERSUS** | **CHIEF JUDGE S. MAURICE HICKS, JR.** |
| **JASON KENT** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the lack of objections thereto, and having thoroughly reviewed the record and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's petition for writ of habeas corpus be **DENIED** as untimely.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability. Jurists of reason would not find it debatable whether the petition states a valid claim of the denial of a constitutional right and whether this court was correct in its procedural ruling. See <u>Slack v. McDaniel</u>, 120 S.Ct. 1595, 1604 (2000).

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 20th day of August, 2021.

_[signature]_
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT